Law Office of James P. Baker
3701 Sacramento Street #191
San Francisco, CA 94118
Telephone (415) 548-0707
Email: jpbaker@jpbakerlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their Capacities as Trustees of The U.A. Local 38 Defined Benefit Pension Trust Fund, The U.A. Local 38 Defined Contribution Pension Trust Fund, The U.A. Local 38 Health & Welfare Trust Fund, The U.A. Local 38 Scholarship Trust Fund, The U.A. Local 38 Vacation and Holiday Trust Fund, The U.A. Local 38 Group SUB Trust Fund, The U.A. Local 38 Joint Apprenticeship Trust Fund, The U.A. Local 38 Childcare Trust Fund, and The U.A. Local 38 Jury Duty Trust Fund<br><br>Plaintiffs,<br><br>v.<br><br>KAMRAN N. AMIRI, individually, KAMRAN METALWORKS, INC., and KAMRAN AND COMPANY, INC., California Corporations<br><br>Defendants. | **Case No.  4:22-cv-316**<br><br>**NOTICE OF DISMISSAL** |

Law Office of
James P. Baker
3701 Sacramento Street #191
San Francisco, CA 94118
Telephone (415) 548-0707
jpbaker@jpbakerlaw.com

NOTICE OF DISMISSAL
CASE NO 4:22-CV-316

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs THE BOARD OF TRUSTEES, in their Capacities as Trustees of The U.A. Local 38 Defined Benefit Pension Trust Fund, The U.A. Local 38 Defined Contribution Pension Trust Fund, The U.A. Local 38 Health & Welfare Trust Fund, The U.A. Local 38 Scholarship Trust Fund, The U.A. Local 38 Vacation and Holiday Trust Fund, The U.A. Local 38 Group SUB Trust Fund, The U.A. Local 38 Joint Apprenticeship Trust Fund, The U.A. Local 38 Childcare Trust Fund, and The U.A. Local 38 Jury Duty Trust Fund voluntarily dismiss with prejudice the above-captioned action against defendants KAMRAN N. AMIRI, individually, KAMRAN METALWORKS, INC., and KAMRAN AND COMPANY, INC., California Corporations.

Defendants have not served an answer or a motion for summary judgment in this case.

Respectfully submitted

**Law Office of James P. Baker**

Dated: January 31, 2022

By: /s/ James P. Baker
    James P Baker

Attorney for Plaintiffs

Law Office of
James P. Baker
3701 Sacramento St, #191
San Francisco, CA 94118
Telephone (415) 548-0707
jpbaker@jpbakerlaw.com

1

NOTICE OF DISMISSAL
CASE No 4:22-cv-316